01400-69044 RER

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| **JENNIFER DUNN,** | ) |
| **Plaintiff,** | ) |
| VS. | ) NO. _____ |
| **ALLSTATE INSURANCE COMPANY,** | ) |
| **Defendant.** | ) |

## NOTICE OF REMOVAL

Defendant, Allstate Insurance Company, hereby notifies the Judges of the United States District Court for the Western District of Tennessee, the clerk of the Circuit Court of Shelby County, Tennessee and Plaintiff, Jennifer Dunn, that the action described herein and filed in the Circuit Court of Shelby County, Tennessee, is removed to the United States District Court for the Western District of Tennessee, Western Division pursuant to 28 U.S.C. § 1441.

1. On September 23, 2010, Plaintiff, Jennifer Dunn, filed a civil action bearing Docket No. CT - 004726-10, Division 8, against the Defendant, Allstate Insurance Company, in the Circuit Court of Shelby County, Tennessee. Service of the complaint and summons was made upon the Corporation Service Company for the Defendant on September 30, 2010, by certified mail through the Department of Insurance of the State of Tennessee.

2. This action is filed by Plaintiff for proceeds allegedly due under a contract of insurance written by Defendant, Allstate Insurance Company, insuring Plaintiff's residence and contents in Shelby County, Tennessee, which property was allegedly

destroyed by a fire occurring on or about June 2, 2010.

3. Petitioner seeks removal of this action to this Court upon the grounds that the controversy is wholly between citizens of different states and involves an amount in controversy which exceeds Seventy-five Thousand Dollars ($75,000.00), exclusive of the interest and costs, 28 U.S.C. § 1332.  Specifically, the complaint makes demand for $300,000.00 together with prejudgment interest and demands a penalty of 25% pursuant to T.C.A. § 56-7-105.

4. Plaintiff is residents and citizens of the State of Tennessee and were citizens of the State of Tennessee at the time of the filing of this action and at the time of removal.  Defendant, Allstate Insurance Company, is a corporation incorporated in Illinois, with its principal place of business in Northbrook, Illinois.  The amount in controversy exceeds Seventy-Five Thousand Dollars ($75,000.00), exclusive of interest and costs.

5. This notice is filed within the time prescribed by 28 U.S.C. §1446(b).

6. A copy of the Summons and Complaint, being all the papers served upon the Defendant, is attached hereto.

WHEREFORE, Notice is hereby given that the said civil action number CT-004726-10 is removed from the  Circuit Court of  Shelby County, Tennessee, to this Court.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

s/Russell E. Reviere
Russell E. Reviere (07166)
Attorney for Defendant
209 East Main Street
P. O. Box 1147
Jackson, TN 38302-1147
(731) 423-2414

CERTIFICATE OF SERVICE

The undersigned certifies that a true and correct copy of the foregoing document was forwarded first class U.S. Mail, postage prepaid Ronald T. Riggs, 3201-100 N. Main Building, Memphis, TN, counselor of record for Plaintiffs, and by electronic means via the Court's electronic filing system.

This the 12th day of October, 2010.

s/ Russell E. Reviere