(CIRCUIT/CHANCERY) COURT OF TENNESSEE
140 ADAMS AVENUE, MEMPHIS, TENNESSEE 38103
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

## SUMMONS IN CIVIL ACTION

Docket No. **CT-004726-10**

☒ Lawsuit
☐ Divorce

Ad Damnum $ 300,000

**Plaintiff(s):** Jennifer Dunn

VS

**Defendant(s):** Allstate Insurance Company

TO: (Name and Address of Defendant (One defendant per summons))
Allstate Insurance Company

Method of Service:
☐ Certified Mail
☐ Shelby County Sheriff
☒ Commissioner of Insurance ($)
☐ Secretary of State ($)
☐ Other TN County Sheriff ($)
☐ Private Process Server
☐ Other

($) Attach Required Fees

You are hereby summoned and required to defend a civil action by filing your answer with the Clerk of the Court and serving a copy of your answer to the Complaint on Ronald T. Riggs Plaintiff's attorney, whose address is 100 N. Main Bldg. Suite 3201, Memphis, TN 38103, telephone +1 (901) 526-6200 within THIRTY (30) DAYS after this summons has been served upon you, not including the day of service. If you fail to do so, a judgment by default may be taken against you for the relief demanded in the Complaint.

JIMMY MOORE, Clerk

TESTED AND ISSUED September 23 2010 By _____, D.C.

TO THE DEFENDANT:

NOTICE; Pursuant to Chapter 919 of the Public Acts of 1980, you are hereby given the following notice:
Tennessee law provides a four thousand dollar ($4,000) personal property exemption from execution or seizure to satisfy a judgment. If a judgment should be entered against you in this action and you wish to claim property as exempt, you must file a written list, under oath, of the items you wish to claim as exempt with the Clerk of the Court. The list may be filed at any time and may be changed by you thereafter as necessary; however, unless it is filed before the judgment becomes final, it will not be effective as to any execution or garnishment issued prior to the filing of the list. Certain items are automatically exempt by law and do not need to be listed. These include items of necessary wearing apparel (clothing) for yourself and your family and trunks or other receptacles necessary to contain such apparel, family portraits, the family Bible and school books. Should any of these items be seized, you would have the right to recover them. If you do not understand your exemption right or how to exercise it, you may wish to seek the counsel of a lawyer.

FOR AMERICANS WITH DISABILITIES ACT (ADA) ASSISTANCE ONLY, CALL (901) 379-7895

I, JIMMY MOORE, Clerk of the Court, Shelby County, Tennessee, certify this to be a true and accurate copy as filed this

9/23/10

JIMMY MOORE, Clerk

By: _____, D.C.

## RETURN OF SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE** SERVED THE WITHIN SUMMONS:

By delivering on the _____ day of _____, 20_____ at _____ M. a copy of the summons and a copy of the Complaint to the following Defendant _____

at _____

_____          By: _____
Signature of person accepting service                              Sheriff or other authorized person to serve process

## RETURN OF NON-SERVICE OF SUMMONS

I HEREBY CERTIFY THAT I **HAVE NOT** SERVED THE WITHIN SUMMONS:

To the named Defendant _____

because _____ is (are) not to be found in this County after diligent search and inquiry for the following

reason(s): _____

This _____ day of _____, 20_____.

By: _____
Sheriff or other authorized person to serve process

---

Docket No: CT-004726-10

IN THE (CIRCUIT/CHANCERY) COURT OF TENNESSEE FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

SUMMONS IN A CIVIL ACTION

Jennifer Dunn
Plaintiff

VS

Allstate Insurance Company
Defendant

Ronald T. Riggs
Attorney for Plaintiff/Pro Se
(901) 526-6200
Telephone Number

**STATE OF TENNESSEE**
**Department of Commerce and Insurance**
**500 James Robertson Parkway**
**Nashville, TN 37243-1131**
**PH - 615.532.5260, FX - 615.532.2788**
**brenda.meade@tn.gov**

October 05, 2010

Allstate Insurance Company
800 S. Gay Street, Ste 2021, % C T Corp.
Knoxville, TN 37929-9710
NAIC # 19232

Certified Mail
Return Receipt Requested
7009 3410 0002 1723 2878
Cashier # 5570

Re:   Jennifer Dunn  V.  Allstate Insurance Company

Docket # Ct-004726-10

To Whom It May Concern:

Pursuant to Tennessee Code Annotated § 56-2-504 or § 56-2-506, the Department of Commerce and Insurance was served September 30, 2010, on your behalf in connection with the above-styled proceeding. Documentation relating to the subject is herein enclosed.

Brenda C. Meade
Designated Agent
Service of Process

Enclosures

cc: Circuit Court Clerk
    Shelby County
    140 Adams Street, Rm 324
    Memphis, Tn 38103

IN THE CIRCUIT COURT OF SHELBY COUNTY TENNESSEE
FOR THE THIRTIETH JUDICIAL DISTRICT AT MEMPHIS

| | | |
|---|---|---|
| JENNIFER DUNN, | | |
| Plaintiff, | | |
| vs. | No: CT-004726-10 | |
| ALLSTATE INSURANCE COMPANY, | JURY DEMANDED Division VIII | |
| Defendant. | | |

FILED SEP 23 2010

## COMPLAINT

Comes the Plaintiff, Jennifer Dunn and sues the Defendant, Allstate Insurance Company and for cause of action, would state:

1. Plaintiff is a resident of Shelby County, Tennessee.

2. Defendant is an insurance company licensed to and doing business in the State of Tennessee.

3. Defendant issued a policy of homeowner's insurance to Plaintiff covering the premises located at 3455 Vernon, Memphis, Shelby County, Tennessee 38122. Said insurance policy was in full force and effect on June 2, 2010.

4. On June 2, 2010 the improvements located on the premises at 3455 Vernon, Memphis, Shelby County, Tennessee were damaged by fire, along with the personal property, located therein.

5. Plaintiff filed a claim with the Defendant to recover her losses incurred as a result of the fire in accordance with the terms and provisions of the

policy of insurance issued to her by the Defendant.

6. Plaintiff has to date complied with all of the requirements of the policy of insurance.

7. Defendant has refused or neglected to pay to Plaintiff the sums due her under the policy of insurance issued by the Defendant.

8. Defendant has refused to pay based upon bad faith.

WHEREFORE Plaintiff sues the Defendant as follows:

1. That Plaintiff be awarded compensatory damages in the sum of $300,000.00 together with prejudgment interest at the statutory rate

2. That the Defendant be required to pay a penalty of 25% of any benefits due the Plaintiff in accordance with T.C.A. § 56-7-105.

3. That a jury is demanded to try the issue when joined.

Ronald T. Riggs (#5397)
Attorneys for Plaintiff
3201-100 N. Main Bldg.
Memphis, TN 38103
(901) 526-6200

C:\Wpdocs\Wpdocs\tom\DunnComplaint.092310.wpd