IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
FOR THE WESTERN DISTRICT, WESTERN DIVISION

_____

| | |
|---|---|
| JENNIFER DUNN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Docket No.:  2:10-cv-02745-BBD-cgc |
| ) | |
| ALLSTATE INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

_____

**MOTION OF PLAINTIFF FOR STATUS CONFERENCE**
_____

Comes Jennifer Dunn, Plaintiff and moves the Court to set a Status Conference in this cause and would show:

1. All discovery has been completed;

2. The matter cannot be settled.

3. Defendant, Allstate does not feel that mediation is necessary or would be helpful.

WHEREFORE, Plaintiff moves this Court as follows:

1. That a status conference be set;

2. That a trial date be set;

3. That a joint pre-trail order be entered if necessary.

              Respectfully submitted,

              /s/ Ronald T. Riggs
              Ronald T. Riggs (#5397)
              3201-100 N. Main Bldg.
              Memphis, TN 38103
              (901) 526-6200
              Tom_riggs@bellsouth.net

## *CERTIFICATE OF SERVICE*

      I, the undersigned, do hereby certify that a copy of the foregoing has been forwarded to Russell E. Reviere, Attorney at Law, 209 East Main Street, PO Box 1147, Jackson TN 38302, via U. S. Mail, postage prepaid, this the   30th    day of April  2012.

                                                /s/ Ronald T. Riggs
                                                **Ronald T. Riggs (#5397)**

C:\Wpdocs\Wpdocs\tom\Dunn.MFSC.wpd