01400/69044 (RER)

# IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
# FOR THE WESTERN DISTRICT, WESTERN DIVISION

| | |
|---|---|
| **JENNIFER DUNN,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| VS. ) | Docket No.: 2:10-cv-02745-BBD-cgc |
| ) | |
| **ALLSTATE INSURANCE COMPANY,** ) | |
| ) | |
| Defendant. ) | |

## MEDIATION REPORT

Comes now Defendant Allstate Insurance Company, by and through counsel, and submits the following mediation report to the Court pursuant to its September 18, 2012, Order Regarding Mediation (D.E. 33.) Allstate informs the Court that the parties have agreed to mediate this case with Mr. Jerry Potter serving as the mediator and that the mediation is currently set for December 20, 2012.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: */s/ Russell E. Reviere*
    RUSSELL E. REVIERE, #7166
    A. BLAKE NEILL, #29323
    Attorneys for Defendant,
    Allstate Insurance Company
    209 East Main Street
    P.O. Box 1145
    Jackson, TN 38302-1147
    731-423-2414

01400/69044 (RER)

## CERTIFICATE OF SERVICE

      The undersigned certifies that a true copy of this pleading or document was served upon counsel for each of the parties by mailing postage prepaid or by delivery to the person or office of such counsel.

Ronald T. Riggs
Attorney at Law
3201-100 North Main Building
Memphis, TN 38103
*Attorney for Plaintiff*

This the 24th day of October, 2012.

                                                      */s/ Russell E. Reviere*