01400/69044 (RER)

# IN THE UNITED STATES DISTRICT COURT OF TENNESSEE
## FOR THE WESTERN DISTRICT, WESTERN DIVISION

| | |
|---|---|
| JENNIFER DUNN, | ) |
| Plaintiff, | ) |
| VS. | ) Docket No.: 2:10-cv-02745-BBD-cgc |
| ALLSTATE INSURANCE COMPANY, | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

COME NOW the Parties and, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate that Plaintiff voluntarily dismisses this case with prejudice.

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By: /s/ Russell E. Reviere
RUSSELL E. REVIERE, #7166
A. BLAKE NEILL, #29323
Attorneys for Defendant,
Allstate Insurance Company
209 East Main Street
P.O. Box 1145
Jackson, TN 38302-1147

By: _____
Ronald T. Riggs
Attorney at Law
3201-100 North Main Building
Memphis, TN 38103
Attorney for Plaintiff