UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

_____

| | | |
|---|---|---|
| JENNIFER DUNN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.   2:10-cv-2745JTF/cgc |
| | ) | |
| ALLSTATE INSURANCE COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

_____

**ORDER OF DISMISSAL**

_____

    This action was removed from the Circuit Court of Shelby County to this Court on October 20, 2010. The Magistrate Judge ordered the parties to participate in mediation efforts in the Rule 16(b) Scheduling Order entered on November 22, 2010. [DE 6]  Per Administrative Order No. 2012-16, this matter was reassigned on August 3, 2012.  The parties were again directed to engage in mediation discussions and report back to the Court. [DE 33] As a result of their efforts, a Stipulation of Dismissal pursuant to Rule 41(a)(1) has been filed.  [DE 35]  Accordingly, this case is herein DISMISSED with prejudice.

    IT IS SO ORDERED, this the 9th day of January, 2013.


                                          *s/John T. Fowlkes, Jr.*
                                          JOHN T. FOWLKES, JR.
                                          UNITED STATES DISTRICT JUDGE