```
              UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

```
JENNIFER DUNN,

        Plaintiff,

v.                                          Cv. No. 10-2745-JTF


ALLSTATE INSURANCE COMPANY,

        Defendant.
```

# JUDGMENT

   Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

   **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Stipulation and Order of Dismissal docketed on January 9, 2013.

**APPROVED:**

*s/John T. Fowlkes, Jr.*
JOHN T. FOWLKES, JR.
UNITED STATES DISTRICT JUDGE

| January 9, 2013 | THOMAS M. GOULD |
|---|---|
| DATE | CLERK |
| | s/Lorri Fentress |
| | (By) LAW CLERK |